**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

RATI JOKHADZE #A226-062-063                    CASE NO.  1:26-CV-01419 SEC P

VERSUS                                         JUDGE JAMES D. CAIN, JR.

U S IMMIGRATION & CUSTOMS                      MAGISTRATE JUDGE HORNSBY
ENFORCEMENT ET AL

### MEMORANDUM ORDER

Before the court is a petition for writ of habeas corpus filed on May 1, 2026.  Upon review of the record, the Court finds that the plaintiff's suit is not in proper form for the following reasons:

> Plaintiff has failed to submit the petition for writ of habeas corpus on approved forms.  NOTE: PLEADINGS MUST BE ORIGINALS AND NOT COPIES OF PLEADINGS.  **Plaintiff must submit the petition for writ of habeas corpus on approved forms that are legibly handwritten or typewritten.**

In accordance with the above,

**IT IS HEREBY ORDERED** that plaintiff, within thirty (30) days of the date of this order, amend the pleadings by submitting the information indicated above to the following address: **Clerk of Court, 300 Fannin Street, Suite 1167, Shreveport, LA 71101-3083.**

**FAILURE TO AMEND THE PLEADINGS AS INDICATED ABOVE WILL RESULT IN THE PLEADINGS IN THE INSTANT PETITION BEING STRICKEN FROM THE RECORD.**

THUS DONE in Chambers on this __5th_____ day of __May_____, 2026.

_____
Mark L. Hornsby
United States Magistrate Judge

w/Enclosures to plaintiff: Habeas form-2241